# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 09-00124-CV-W-GAF |
| | ) |
| UNITED STATES CURRENCY IN THE | ) |
| AMOUNT OF $46,850.00, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On February 12, 2009, a verified Complaint for Forfeiture In Rem was filed on behalf of the plaintiff, United States of America, against the defendant property. The complaint alleges that the defendant property was involved in transactions or attempted transactions to evade reporting requirements, and, therefore, is subject to forfeiture to the United States pursuant to 31 U.S.C. § 5317(c)(2).

The following known potential claimant was served a copy of the Complaint for Forfeiture In Rem, and the Notice of Complaint for Forfeiture:

Patricia Moore.

Notice of the forfeiture of the above-described property and the requirements for filing a claim for the property, was properly posted on an official government internet site (www.forfeiture.gov) for at least 30 days, beginning on February 4, 2009, and ending on March 5, 2009. A copy of the Declaration of Publication is on file with the Court.

On March 20, 2009, Patricia Moore, by her attorney, A. Glenn Sowders, Jr., filed a claim for the defendant property, and an answer to the Complaint on August 3, 2009. The claim has been resolved by the execution of the stipulation submitted with the United States' Motion for

Judgment of Forfeiture.  The stipulation, executed by the United States and the claimant Patricia Moore, which is hereby APPROVED as submitted, provides that the United States agrees to return to the claimant Patricia Moore $21,850 of the defendant $46,850 in United States currency.  In addition, the claimant agrees that the remaining $25,000 in United States currency seized on September 15, 2008, will remain in the custody of the Internal Revenue Service.

No other claims for the defendant property have been filed and the time within which such claims must have been filed has expired.  Furthermore, any other claims against the defendant property would have to be dismissed as moot since the United States and claimant Patricia Moore have reached an agreement as set forth in the attached stipulation.

Therefore, it is hereby

ORDERED, ADJUDGED AND DECREED:

1. Plaintiff's motion for judgment of forfeiture is granted.

2. All persons claiming any right, title or interest in or to the defendant property are held in default and are dismissed as moot.

3. Each party will bear their own costs.

4. The Clerk of the Court shall enter a judgment consistent with this order.

SO ORDERED, this 11th day of March, 2010.

                                            s/ Gary A. Fenner  
                                            Gary A. Fenner, Judge  
                                            United States District Court